Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
CHRIS W. EATOUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRIS W. EATOUGH,<br><br>　　　　　Defendant. | Case No: 2:13-CR-0214 TLN<br><br>**STIPULATION AND ORDER REGARDING SENTENCING AND TO REFER THE MATTER TO PROBATION** |

　　　　Defendant Chris W. Eatough, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys John Vincent and Michael M. Beckwith hereby stipulate as follows.

　　　　1. By previous order of this Court, a status conference regarding sentencing is currently scheduled in this matter for March 17, 2016 at 9:30 a.m. (Dkt #18).

　　　　2. The parties have since conferred and agree that the status conference should be vacated, the matter should be referred to the United States Probation

Department for the preparation of a Pre-Sentence Report and scheduled for the imposition of Judgment and sentence on July 28, 2016.

**IT IS SO STIPULATED.**

Dated: March 17, 2016          SEGAL & ASSOCIATES, PC

                               By:   /s/ Malcolm Segal
                                     MALCOLM SEGAL
                                     Counsel for Defendant

Dated: March 17, 2016          BENJAMIN B. WAGNER
                               United States Attorney

                               By:   /s/ Malcolm Segal for
                                     JOHN VINCENT
                                     Assistant United States Attorney

Dated: March 17, 2016          BENJAMIN B. WAGNER
                               United States Attorney

                               By:   /s/ Malcolm Segal for
                                     MICHAEL M. BECKWITH
                                     Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED** that the Status Conference scheduled for March 17, 2016 is continued, the case will be set for Judgment and Sentencing on July 28, 2016, and that the case is referred to the United States Probation Department for preparation of a Pre-Sentence Report.

March 17, 2016

_____
Troy L. Nunley
United States District Judge