Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
CHRIS W. EATOUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:13-CR-0214 TLN |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER REGARDING SENTENCING AND FOR ISSUANCE OF SCHEDULE FOR DISCLOSURE FOR PRESENTENCE REPORT** |
| v. | |
| CHRIS W. EATOUGH, | |
| Defendant. | |

    Defendant Chris W. Eatough, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Michael M. Beckwith hereby stipulate as follows.

    1.    A sentencing hearing is scheduled in this matter for July 28, 2016 at 9:30 a.m. (Dkt #21).

    2.    By this stipulation the parties request that the sentencing hearing be continued September 1, 2016 at 9:30 a.m., or any time thereafter convenient to the Court.  While the parties are fully prepared to proceed with the hearing, Defendant

1

1  wishes to bring information and materials to the attention of the United States
2  Probation Department in order to assist in the preparation of the presentence
3  report.  The current sentencing schedule would make it difficult to accomplish that
4  task.  The government agrees with the appropriateness of continuing the
5  imposition of Judgment and Sentence for that purpose.
6     3.   By this stipulation the parties request that the schedule for disclosure
7  of presentence report and for filing of objections to the presentence report be
8  modified to give all parties more time to prepare the presentence report.  Under
9  the stipulation, objections will be due no later than August 4, 2016 and a final
10 presentence report issued no later than August 11, 2016.
11    4.   Based on the foregoing, the parties request that sentencing in this
12 matter be continued to September 1, 2016 at 9:30 a.m.

**IT IS SO STIPULATED.**

Dated: June 23, 2016          SEGAL & ASSOCIATES, PC

                              By:   /s/ Malcolm Segal
                                    MALCOLM SEGAL
                                    Counsel for Defendant

Dated: June 23, 2016          BENJAMIN B. WAGNER
                              United States Attorney

                              By:   /s/ Malcolm Segal for
                                    MICHAEL M. BECKWITH
                                    Assistant United States Attorney

## ORDER

**FOR THE REASONS SET FORTH ABOOVE, IT IS HEREBY ORDERED** that the sentencing hearing scheduled for July 28, 2016, is continued to September 1, 2016, at 9:30 a.m. and that the schedule for disclosure of presentence report and for filing of objections to the presentence report be modified to accommodate the change of the date for the sentencing hearing with objections due no later than August 4, 2016 and a final presentence report issued no later than August 11, 2016.

June 23, 2016

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE