Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
CHRIS W. EATOUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>CHRIS W. EATOUGH,<br><br>          Defendant. | Case No: 2:13-CR-0214-TLN<br><br>**STIPULATION AND ORDER REGARDING CONTINUING SENTENCING  HEARING** |

Defendant Chris W. Eatough, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Michael M. Beckwith hereby stipulate as follows.

1.     A sentencing hearing is scheduled in this matter for September 1, 2016 at 9:30 a.m. (Dkt #27).

2.     By this stipulation the parties request that the sentencing hearing be continued September 22, 2016 at 9:30 a.m., or any time thereafter convenient to the Court.  Defense counsel wishes to bring information and materials to the

1

Stipulation and Order Re Continuing Sentencing Hearing

attention of the prosecution and discuss matters contained within the Pre-Sentence Report prior to preparing and filing formal objections.  The current sentencing schedule would make it difficult to accomplish that task.  The government agrees with the appropriateness of continuing the imposition of Judgment and Sentence for that purpose.

   3. By this stipulation the parties request that any formal objections to the Pre-Sentence Report be filed no later than September 8, 2016 and that sentencing in this matter be continued to September 22, 2016 at 9:30 a.m.

**IT IS SO STIPULATED.**

Dated: August 16, 2016    SEGAL & ASSOCIATES, PC

            By: /s/ Malcolm Segal
               MALCOLM SEGAL
               Counsel for Defendant

Dated: August 16, 2016    BENJAMIN B. WAGNER
               United States Attorney

            By: /s/ Malcolm Segal for
               MICHAEL M. BECKWITH
               Assistant United States Attorney

## ORDER

**FOR THE REASONS SET FORTH ABOOVE, IT IS HEREBY ORDERED** that the Sentencing Hearing presently scheduled for September 1, 2016, is continued to September 22, 2016, at 9:30 a.m. and that any formal objections to the Pre-Sentence report be filed no later than September 8, 2016.

August 16, 2016

_____
Troy L. Nunley
United States District Judge